**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094 THIS DOCUMENT RELATES TO ALL CASES JUDGE KAREN SPENCER MARSTON |
| RENA WALKER, | COMPLAINT AND JURY DEMAND |
| Plaintiff(s) | CIVIL ACTION NO.: 2:26-CV-04932 |
| v. | |
| NOVA NORDISK, INC., AND NOVO NORDISK, A/S, | |
| Defendant(s). | |

---

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

---

Plaintiff named below, by and through the undersigned counsel, files this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff adopts and incorporates by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiff files this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503-1).

## IDENTIFICATION OF PARTIES

**Plaintiff**

1.  Full (first, middle, and last) name of Plaintiff injured due to use of GLP-1 RA Product(s): _____Rena Walker_____.

1

2.      If applicable, full name and representative capacity of Plaintiff alleging wrongful

death claim: _____N/A_____, as

_____ of the estate of _____, deceased.

3.      If applicable, full name of Plaintiff alleging survival claims, as permitted under

state law: _____N/A_____.

4.      If applicable, full name of Plaintiff alleging loss of consortium or loss of services:

_____N/A_____.


**Defendant(s)**

5.      Plaintiff's Representative is/are suing the following Defendant(s) (check all that

apply):

                __X__  Novo Nordisk Inc.

                __X__  Novo Nordisk A/S

                _____  Eli Lilly and Company

                _____  Lilly USA, LLC

                _____  other(s) (identify): _____

## JURISDICTION AND VENUE

6.    City and state of Plaintiff's current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

_____Lansing, Illinois_____

7.    State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

_____Edina, Minnesota_____

8.    State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

_____Illinois_____

9.    City and state of Plaintiff's residence at time of diagnosis of injury:

_____Lansing, Illinois_____

10.    Jurisdiction is based on:

_X___  diversity of citizenship pursuant to 28 U.S.C. § 1332

_____  other (plead in sufficient detail as required by applicable rules):

_____

_____

11.    The District Court(s) where Plaintiff might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

____The United States District Court for the Northern District of Illinois____

12.    Venue is proper in the District Court identified in Paragraph 11 because:

__X__  a substantial part of the events and omissions giving rise to Plaintiff's claims occurred there

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____

13.    If applicable, identify the citizenship of any additional Defendant(s) named

above:

_____

## **PRODUCT USE**

14.     Plaintiff used the following GLP-1 RA Product(s) for which claims are being

asserted in this case (check all that apply):

_____ Ozempic (semaglutide)

__X___ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): _____

15.     To the best of Plaintiff's knowledge, Plaintiff used GLP-1 RA Product(s) during

the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify

date range(s) for each product):

_____June 2024 to October 2024_____

_____

_____

_____

5

## INJURIES AND DAMAGES

16.    To the best of Plaintiff's knowledge, as a result of using GLP-1 RA Product(s),

Plaintiff suffered the following injuries, including their sequelae (check all that apply):

\_\_\_\_\_ Gastroparesis

\_\_\_\_\_ Other gastro-intestinal injuries (specify) _____

\_\_\_\_\_ Ileus

\_\_\_\_\_ Ischemic Bowel/Ischemic Colitis

\_\_\_\_\_ Intestinal Obstruction

\_\_\_\_\_ Necrotizing Pancreatitis

\_\_\_\_\_ Gallbladder Injury (specify) _____

\_\_\_\_\_ Micronutrient Deficiency

\_\_\_\_\_ Wernicke's encephalopathy

\_\_\_\_\_ Aspiration

\_\_\_\_\_ Death

\_\_X\_\_\_ Additional/Other(s) (specify): \_\_\_Suicidal Ideation_____

17.    Plaintiff's injuries occurred in approximately (month and year)?

_____August 2024_____

_____

_____

_____

18.     In addition, as a result of Plaintiff's use of GLP-1 RA Product(s), Plaintiff suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

\_\_X\_\_\_ Injury to self

\_\_\_\_\_ Injury to person represented

\_\_\_\_\_ Economic loss

\_\_\_\_\_ Wrongful death

\_\_\_\_\_ Survivorship

\_\_\_\_\_ Loss of services

\_\_\_\_\_ Loss of consortium

\_\_\_\_\_ other(s) (specify): _____

**CAUSES OF ACTION**

19.     In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff hereby adopts and incorporates by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

__X__   Count I: Failure to Warn – Negligence

__X__   Count II: Failure to Warn – Strict Liability

__X___   Count III: Breach of Express Warranty/Failure to Conform to Representations

___X__   Count IV: Breach of Implied Warranty

_____   Count V: Fraudulent Concealment/Fraud by Omission

_____   Count VI: Fraudulent/Intentional Misrepresentation

_____   Count VII: Negligent Misrepresentation/Marketing

_____   Count VIII: Strict Product Liability Misrepresentation/Marketing

_____   Count IX: Innocent Misrepresentation/Marketing

__X___   Count X: Unfair Trade Practices/Consumer Protection (see below)

__X__   Count XI: Negligence

_____   Count XII: Negligent Undertaking

_____   Count XIII: State Product Liability Act (see below)

_____   Count XIV: Wrongful Death

_____   Count XV: Loss of Consortium

_____   Count XVI: Survival Action

_____   Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

_____

_____

_____

_____

20.     If Plaintiff is asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:

   a.   Indicate the specific statute (including subsections) under which Plaintiff is bringing such claims:

   _____

   _____

   _____

   b.   Identify the factual allegations supporting those claims (by subsection, if applicable):

   _____

   _____

   _____

21.     If Plaintiff is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:

   a.   Indicate the specific statute (including subsections) under which Plaintiff is bringing such claims:

   _____

   _____

   _____

9

b. Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff's PLA claim:

_____

_____

_____

c. Identify the factual allegations supporting those claims:

_____

_____

_____

22. If pre-suit notice is required by statute, did Plaintiff provide some form of separate pre-suit notice to Defendant(s)? _____. If so, attach such notice.

## RELIEF

Plaintiff prays for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff may be entitled.

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims triable by jury in this action.

Date: \_\_07/15/2026_____

By: /s/ *Rhett A. McSweeney*
Rhett A. McSweeney
McSweeney Langevin, LLC
2116 S 2nd Ave
Minneapolis, MN 55404
ramfiling@mclmasstort.com
612-542-4646